UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEON ENTERPRISES SOFTWARE, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORP., <br><br> Defendant(s). | No. C11-80033 MISC CRB (BZ) <br><br> **ORDER SCHEDULING TELEPHONIC DISCOVERY CONFERENCE** |

**IT IS HEREBY ORDERED** that a telephone conference to discuss the Oracle Subpoena dispute is scheduled for **Friday, March 11, 2011, at 9:00 a.m.** Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call. IBM shall serve a copy of this Order on all interested parties immediately and file a proof of service.

Dated: March 8, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\NEON ENTERPRISE V. IBM CORP\DISC ORD 1.wpd

1