UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEON ENTERPRISES SOFTWARE, INC.,<br><br>        Plaintiff(s),<br><br>  v.<br><br>INTERNATIONAL BUSINESS MACHINES CORP.,<br><br>        Defendant(s). | No. C11-80033 MISC CRB (BZ)<br><br>**ORDER TRANSFERRING MOTION TO COMPEL** |

    This morning, the Court had a telephonic conference to address IBM's motion to compel non-party Oracle to comply with a document subpoena. IBM and Oracle were represented by counsel. Neon did not appear.

    Both IBM and Oracle concur that this dispute is best resolved in the Western District of Texas where the underlying lawsuit is filed, especially the threshold issue of whether this subpoena violates the discovery cutoff set in the underlying lawsuit. See United States v. Star Scientific, 205 F.Supp.2d 482, 485 n.4, 487 (D.MD. 2002)and cases collected therein. **IT IS THEREFORE ORDERED** that this dispute is

1

transferred to the Western District of Texas.  The parties are **ORDERED** to file a copy of this Order in the Western District of Texas within **10 days** and to take all appropriate steps to re-file the motion.

Dated: March 11, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\NEON ENTERPRISE V. IBM CORP\DISC ORD 3.wpd